JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON PAYNE,<br><br>　　　　Plaintiff.<br>　vs.<br><br>MINNESOTA LIFE INSURANCE COMPANY and TRANSAMERICA PREMIER LIFE INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 2:21-cv-01281-CJC-E<br><br>**ORDER GRANTING STIPULATION TO DISMISS ACTION WITH PREJUDICE**<br><br>Judge:　Hon. Cormac J. Carney |

1

ORDER GRANTING STIPULATION TO DISMISS
Error! Unknown document property name.

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that Minnesota Life Insurance Company is dismissed from this action with prejudice. Each party is to bear their own attorneys' fees and costs. Transamerica Premier Life Insurance Company was dismissed from this action without prejudice. [Dkt. No. 35]. With no defendants remaining, this action is closed.

IT IS SO ORDERED.

DATE: July 28, 2022

Hon. Cormac J. Carney
United States District Judge